**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          Chapter 13
NIYAH SAFIYA SMITH-WALKER
SHELDON LESLIE WALKER

                          Debtor               Bankruptcy No. 19-16082-MDC

# <u>O R D E R</u>

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.

1/30/2020            *Magdeline D. Coleman*
                     ————————————————————
                     Magdeline D. Coleman
                     Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
NIYAH SAFIYA SMITH-WALKER
SHELDON LESLIE WALKER
6059 LAWNDALE STREET

PHILADELPHIA, PA 19111-