United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-16082-mdc
Niyah Safiya Smith-Walker                                                 Chapter 13
Sheldon Leslie Walker
         Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: DonnaR                 Page 1 of 2           Date Rcvd: Feb 03, 2020
                               Form ID: pdf900              Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2020.
```
db/jdb         +Niyah Safiya Smith-Walker,    Sheldon Leslie Walker,    6059 Lawndale Street,
                 Philadelphia, PA 19111-5723
14443210        Exeter Finance LLC,    PO Box 650693,    Dallas TX 75265-0693
14396242       +KML Law Group P.C.,    Suite 5000- BNY Independance Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14448533       +U.S. Bank National Association,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14396245       +U.S. Department of Education,    Ecmc/Bankruptcy,    PO Box 16408,    Saint Paul, MN 55116-0408
14400603       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Feb 04 2020 03:56:03      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 04 2020 03:55:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 04 2020 03:55:55      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 04 2020 03:52:44
                 Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14402892       +E-mail/Text: bankruptcy@acacceptance.com Feb 04 2020 03:55:44      American Credit Acceptance,
                 961 E. Main street,    Spartanburg SC 29302-2185
14396240       +E-mail/Text: convergent@ebn.phinsolutions.com Feb 04 2020 03:55:55
                 Convergent Outsourcing, Inc.,    Attn: Bankruptcy Dept,    PO Box 9004,    Renton, WA 98057-9004
14396241       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Feb 04 2020 03:54:12      Exeter Finance Corp,
                 PO Box 166008,    Irving, TX 75016-6008
14400083       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 04 2020 03:54:13      Exeter Finance LLC,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14409836       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 04 2020 03:52:43      Exeter Finance LLC,
                 c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14405185        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 04 2020 03:53:32      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14396243        E-mail/Text: blegal@phfa.org Feb 04 2020 03:55:45      Pennsylvania Housing Finance Agency,
                 Attn: Bankruptcy Dept,    PO Box 8029,    Harrisburg, PA 17105
14454287       +E-mail/Text: megan.harper@phila.gov Feb 04 2020 03:56:03      Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                               TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14416197*      +Convergent Outsourcing, Inc.,    Attn: Bankruptcy Dept,    PO Box 9004,    Renton, WA 98057-9004
14416198*      +Exeter Finance Corp,    PO Box 166008,    Irving, TX 75016-6008
14416199*      +KML Law Group P.C.,    Suite 5000- BNY Independance Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14396244*     ++PENNSYLVANIA HOUSING FINANCE AGENCY,    211 NORTH FRONT STREET,    HARRISBURG PA 17101-1406
               (address filed with court: Pennsylvania Housing Finance Agency,    Attn: Bankruptcy Dept,
                 PO Box 8029,    Harrisburg, PA 17105)
14416200*     ++PENNSYLVANIA HOUSING FINANCE AGENCY,    211 NORTH FRONT STREET,    HARRISBURG PA 17101-1406
               (address filed with court: Pennsylvania Housing Finance Agency,    Attn: Bankruptcy Dept,
                 PO Box 8029,    Harrisburg, PA 17105)
14416201*      +U.S. Department of Education,    Ecmc/Bankruptcy,    PO Box 16408,    Saint Paul, MN 55116-0408
                                                                                            TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: DonnaR              Page 2 of 2                Date Rcvd: Feb 03, 2020
                              Form ID: pdf900           Total Noticed: 18
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2020 at the address(es) listed below:

```
              BRAD J. SADEK    on behalf of Joint Debtor Sheldon Leslie Walker brad@sadeklaw.com,
               bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Debtor Niyah Safiya Smith-Walker brad@sadeklaw.com,
               bradsadek@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
NIYAH SAFIYA SMITH-WALKER  
SHELDON LESLIE WALKER

Chapter 13

Debtor

Bankruptcy No. 19-16082-MDC

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

1/30/2020

Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
BRAD J. SADEK ESQ  
SADEK LAW OFFICE  
1315 WALNUT STREET #502  
PHILADELPHIA, PA 19107-

Debtor:  
NIYAH SAFIYA SMITH-WALKER  
SHELDON LESLIE WALKER  
6059 LAWNDALE STREET

PHILADELPHIA, PA 19111-